

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| WILLIAM ANDREW BURREL, | § | No. 08-24-00360-CV |
| Appellant, | § | Appeal from the |
| v. | § | 453rd Judicial District Court |
| MIRELLE BENITA, | § | of Hays County, Texas |
| Appellee. | § | (TC#24-1556) |
| | § | |

## <u>MEMORANDUM OPINION</u>

Before the Court is Appellant's motion to non-suit this appeal, which we construe as a motion to voluntarily dismiss the appeal pursuant to Texas Rule of Appellate Procedure 42.1. In the motion, Appellant states the original order that is the subject of this appeal has been withdrawn, rendering the appeal moot. The motion to dismiss is granted, and this appeal is dismissed. *See* Tex. R. App. P. 42.1(a)(1) (allowing appellate courts to dismiss an appeal on the motion of the appellant.). Costs of the appeal are taxed against Appellant. *See* Tex. R. App. P. 42.1(d).

JEFF ALLEY, Chief Justice

November 7, 2024

Before Alley, C.J., Palafox and Soto, JJ.